**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-6433**

―――――――――

GUY LANCASTER RICHMOND,

                                Plaintiff - Appellant,

        versus

STATE OF MARYLAND; CORRECTIONAL MEDICAL
SERVICE, INCORPORATED,

                                Defendants - Appellees,

        and

FEDERAL COURT OF APPEALS; MARYLAND
CORRECTIONAL MEDICAL DEPARTMENT,

                                Defendants.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge. (CA-01-3683-WMN)

―――――――――

Submitted:  July 25, 2002          Decided:  August 1, 2002

―――――――――

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Guy Lancaster Richmond, Appellant Pro Se.  Sharon Stanley Street, Assistant Attorney General, Baltimore, Maryland; Philip Melton Andrews, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guy Richmond appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Richmond v. Maryland, No. CA-01-3683-WMN (D. Md. Feb. 28, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED